716 A.2d 530

IN THE MATTER OF GUY A. PELUSO, AN ATTORNEY AT LAW.

September 11, 1998.

## ORDER

The Office of Attorney Ethics having filed a petition with the Court pursuant to *Rule* 1:20–3(g)(3) and *Rule* 1:20–11 seeking the immediate temporary suspension from practice of **GUY A. PELUSO** of **WEST LONG BRANCH**, who was admitted to the bar of this State in 1984, for failure to cooperate in an ethics investigation, and good cause appearing;

It is ORDERED that **GUY A. PELUSO** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **GUY A. PELUSO** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **GUY A. PELUSO**, pursuant to *Rule* 1:21–6, shall be restrained from disbursement except on application to this Court; and it is further

ORDERED that **GUY A. PELUSO** comply with *Rule* 1:20–20 dealing with suspended attorneys.